**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL GERMAN,<br><br>        Petitioner,<br><br>    v.<br><br>JOSIE GASTELO, Warden,<br><br>        Respondent. | Case No. CV 18-9917-MWF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Dismissing Petition Without Prejudice Under Federal Rule of Civil Procedure 41(a)(2),

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 29, 2019

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE